JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BRANDON S.,

       Plaintiff,

    v.

FRANK BISIGNANO,
Commissioner of Social Security,

      Defendant.

No. 5:25-cv-02609-AYP

JUDGMENT

It is adjudged that this action is remanded to the Commissioner of the Social Security Administration for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Memorandum Opinion and Order.

IT IS SO ORDERED.

DATED:  July 6, 2026

_____
ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE